# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO: 4:18-CR-260 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **AMBERLY KNIGHT** | ) | |

## GOVERNMENT'S NOTICE OF PLEA AGREEMENT

NOW COMES the United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, and pursuant to 18 U.S.C. §3161(h)(1)(G), notifies the Court that a plea agreement has been reached by the parties which would dispose of the charges pending in the above-captioned case against the defendant.  A copy of the plea agreement will be provided to the Court for its consideration.

The government respectfully requests that the Court schedule a Rule 11 proceeding and accept the defendant's plea as set forth in the proposed agreement.

    Respectfully submitted,

    BOBBY L. CHRISTINE
    UNITED STATES ATTORNEY

    */s/ Frank M. Pennington, II*

    Frank M. Pennington, II
    Assistant United States Attorney
    Georgia Bar No. 141419

Post Office Box 8970
Savannah, Ga. 31412
Telephone Number: 912- 652-4422

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 10th day of January 2019.

                                               BOBBY L. CHRISTINE
                                               UNITED STATES ATTORNEY

                                               ***/s/ Frank M. Pennington, II***

                                               Frank M. Pennington, II
                                               Assistant United States Attorney
                                               Georgia Bar No. 141419

Post Office Box 8970
Savannah, Ga. 31412
Telephone Number: 912- 652-4422