## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

AMBERLY KNIGHT,

    Defendant.

CASE NO.: 4:18-cr-260

## O R D E R

This matter is before the Court on the Defendant's Unopposed Motion to Continue Sentencing Hearing. (Sealed Doc. 1146.) For reasons more fully stated in her Sealed Motion, Defendant seeks additional time to prepare for sentencing and submits that the Government does not oppose a brief continuance. Therefore, after careful consideration and for good cause shown, the Court **GRANTS** Defendant's Sealed Motion.

IT IS HEREBY ORDERED that the Sentencing for Defendant Amberly Knight that is currently set for August 15, 2019, is CONTINUED to August 29, 2019. Counsel shall file any additional sentencing memorandums, victim impact statements, letters, and similar sentencing materials on or before August 23, 2019.

**SO ORDERED**, this 14th day of August, 2019.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA